UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARISSA ROSINO, TUCKER LAMB, STEPHANIE
ROSSI, ROBERT TREPSAS, in their individual
capacities and on behalf of others similarly situated,

        Plaintiffs,

 - against –

QUADAMI INC., d/b/a Vincent's Clam Bar, ANTHONY
MARISI, an individual, and ROBERT "BOBBY" MARISI,
an individual,

        Defendants.
------------------------------------------------------------------X

Case No.: 17-cv-01126 (ADS) (AYS)

<u>NOTICE OF APPEARANCE</u>

  **PLEASE TAKE NOTICE** that the undersigned hereby enter their appearance on behalf of Defendants Quadami Inc. d/b/a Vincent's Claim Bar, Anthony Marisi and Robert "Bobby" Marisi in the above-captioned action, and request that all pleadings and other filings in this action be served upon the undersigned at the office and address stated below. The undersigned certify that they are each admitted to practice in this Court.

Dated: New York, New York
   April 6, 2017

            **DENTONS US LLP**

         By: _/s/ Neil A. Capobianco_
            Neil A. Capobianco
            Mark D. Meredith

            1221 Avenue of the Americas
            New York, New York 10020
            Tel: (212) 768-6700
            Neil.Capobianco@dentons.com
            Mark.Meredith@dentons.com

            *Attorneys for Defendants Quadami Inc.*
            *d/b/a Vincent's Clam Bar, Anthony Marisi,*
            *and Robert "Bobby" Marisi*