UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARISSA ROSINO, TUCKER LAMB, STEPHANIE
ROSSI, ROBERT TREPSAS, in their individual
capacities and on behalf of others similarly situated,

                      Plaintiffs,

    - against –

QUADAMI INC., d/b/a Vincent's Clam Bar, ANTHONY
MARISI, an individual, and ROBERT "BOBBY" MARISI,
an individual,

                      Defendants.
------------------------------------------------------------------X

Case No.: 17-cv-01126 (ADS) (AYS)

**STIPULATION & ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as follows:

1. The time for Defendants in the above-captioned action to respond to the Complaint is hereby extended for the first time from April 7, 2017 to April 21, 2017.

2. Defendants hereby waive any defense as to proper service of the Summons and Complaint in this action.

Dated: April 6, 2017

| | |
|---|---|
| ANDERSONDODSON, P.C. | DENTONS US LLP |
| By: _/s/_ | By: _/s/_ |
| Penn A. Dodson | Neil A. Capobianco |
| Alexander L. Gastman | Mark D. Meredith |
| 11 Broadway, Suite 615 | 1221 Avenue of the Americas, Suite 2500 |
| New York, New York 10004 | New York, New York 10020 |
| (212) 961-7639 | (212) 398-5781 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

_____    Dated: _____